**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| GARY TEEL, et.al., | ) CASE NO: CV08-00824-PHX-JAT |
| Plaintiffs, | ) |
| | ) JUDGMENT |
| v. | ) |
| GORDON CONSTRUCTION, INC., | ) |
| An Arizona corporation, | ) |
| Defendant. | ) |

Plaintiffs have filed a Motion for Partial Judgment by Default (Doc. #9). Plaintiffs have calculated the amounts owed up until July 31, 2007, but do not have the information necessary to calculate their damages from August 1, 2007 to present. The Court has considered the Plaintiffs' Motion and finds good cause therefor.

Accordingly, the Court finding not just reason for delay,

IT IS ORDERED GRANTING Plaintiffs' Motion for Partial Judgment by Default (Doc. #9).

IT IS FURTHER ORDERED that partial, final Judgment be entered in favor of Plaintiffs and against defendant Gordon Construction, Inc. as follows:

1. For unpaid contributions and liquidated damages for the months of April, 2006 through July 31, 2007 in the amount of $20,835.13;

2. That defendant shall produce payroll records covering the period August 1, 2007 to May 31, 2008, including records that will show the names, dates of employment, job title or classification, work performed and the number of hours worked each month by every employee performing work in the state of Arizona by October 20, 2008; and

3. For post-judgment interest at the applicable federal rate on the $20,835.13.[1]

IT IS FURTHER ORDERED that Plaintiffs shall file a status report with the Court by November 7, 2008.

Dated this 5th day of September, 2008.

_____
James A. Teilborg
United States District Judge

---

[1] Plaintiffs may file an appropriate motion for costs and attorneys fees at the conclusion of the case.